AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

Sep 04 - 2025

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | |
| GONZALO JOAN ALVARENGA | ) | Case No.   8:25-MJ-265 (ML) |
| HIDALGO | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 3, 2025, in the county of St. Lawrence in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325 | Eluding examination and inspection by Immigration Officials. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_Devin Stallings_

_____
Complainant's signature

U.S. Border Patrol Agent Devin Stallings
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    September 4, 2025

_Miroslav Lovric_

_____
Judge's signature

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
Printed name and title

This criminal complaint is based on these facts:

On September 3, 2025, a Border Patrol Agent (BPA) was conducting roving patrol duties in the Ogdensburg area of responsibility.  While monitoring traffic on U.S. highway 68 in a marked patrol vehicle, the BPA observed at approximately 0600 hours a silver Toyota Sequoia with out-of-state license plates traveling closely behind a gray Chevrolet Suburban, which also displayed out-of-state plates. The BPA followed the vehicles and at approximately 0615 hours identified the Sequoia with Florida registration. The BPA was unable to obtain the license plate number of the Suburban due to the extremely close following distance.  It was noted; however, the vehicle appeared to have Florida plates.  Both vehicles were observed traveling about 5 mph below the posted speed limit while passing through different speed zones. The Sequoia maintained less than a car length behind the Suburban throughout the entire observation, and the dark window tint prevented the BPA from determining how many occupants were inside. Because of the tandem driving behavior, the BPA requested assistance from OGN units to help identify the Suburban's license plate.  Attempts to intercept the vehicle were unsuccessful due to the close distance between the two vehicles and the state of Florida's restrictions on front license plates.

The vehicles eventually exited U.S. highway 68, taking Arnold Wagner Road and then Linden Road.  This was noted as an unusual route for out-of-state traffic, as travelers typically remain on Highway 68 to connect to Highway 37.  It is also common for smugglers to utilize State Highway 68 during shift change to egress from the area and avoid detection.

Considering the time of day, the low travel speed, and the suspicious driving pattern, the BPA conducted a traffic stop on the gray Sequoia.  Upon approaching the passenger side and requesting that a rear window be lowered, the BPA observed four Hispanic males inside.  After identifying herself as a U.S. Border Patrol Agent, one passenger stated, "sorry, no English." When asked if they spoke Spanish, the passengers confirmed, and the BPA continued the interview in Spanish.

The driver was later identified as ALVARENGA HIDALGO, Gonzalo Joan.  When ALVARENGA HIDALGO was asked about his citizenship he presented a Honduran passport. The BPA inquired if ALVARENGA HIDALGO was illegally present in the United States. The BPA repeated the question and ALVARENGA HIDALGO, Gonzalo Joan freely admitted to being present in the United States illegally.

Agents transported ALVARENGA HIDALGO back to the Ogdensburg Border Patrol station along with his property and personal items for further processing and investigation.

At the Ogdensburg station, ALVARENGA HIDALGO's fingerprints were run through IDENT/IAFIS fingerprinting system revealing that ALVARENGA HIDALGO had no previous apprehensions in the United States.